## **DECLARATION OF NADEEM KHALID**

1. My name is Nadeem Khalid. I am making this declaration in support of the habeas corpus petition for my release from ICE custody and in response to the September 22, 2025 declaration filed by ICE. I am currently in ICE custody at Sherburne County Jail in Minnesota.

2. I would like the Court to know that my health is suffering as a result of my continuing detention. I have been in custody for 14 months and I have been hospitalized during my time in custody. I am having heart issues. I am diabetic. The food in Sherburne County Jail is not for diabetic people and it is harming me every day. My detention is taking a serious toll on my health. I need to get out of custody for the sake of my health.

3. My lawyer read to me the declaration that ICE filed in my habeas case on September 22, 2025. They are saying the same things that they said before – that they need to get a new travel document and that then they will deport me soon. They have said that over and over before, at least three or four times. They had my travel document, but now it is expired. Too much time has passed and I am still here.

4. One thing that is asserted in the ICE declaration filed on September 22, 2025 is not true. Specifically, on September 2, 2025, I was brought to a plane while I was in handcuffs in ICE custody in Arizona. I was actually put on the airplane. Omni International was the company that was running the airplane. After they put me on the airplane, they then said that the flight was overbooked, and I was taken off the plane. The ICE declaration says that I was not brought to the plane, but I was brought to the plane as well as 34 other people. I was physically on the plane, but then I was taken off the plane because it was overbooked.

5. After they failed to deport me in early September, I was brought back to Minneapolis. In the chaos of the back and forth, my property was apparently lost. I asked a female ICE officer in Minnesota to have access to my property after we returned to Minnesota, and she said, "What property?" I said the property that was with me when I was sent to Arizona. She said, "You can go to Arizona and look for it." And I responded, "How?" I didn't push it any further because I wanted to avoid conflict with her.

6. I also mentioned that I had lost access to my property to an ICE supervisor with the last name Kerry. I am not sure of the exact spelling of name. Officer Kerry told me that he would make some phone calls and let me know. I never heard anything from him or

anybody else about my property after that. That property is very important to me, and it includes irreplaceable documents that I need.

7. My health is suffering in custody and I am respectfully asking that the Court please order my release from ICE custody. ICE has had a long time to deport me, including when they had me on an actual airplane on September 2, 2025. Now my travel document is expired. I do not believe they will deport me soon. I am turning to the Court to please order my release.

I declare under penalty of perjury pursuant to 28 USC Section 1746 that the foregoing declaration is true and correct to the best of my knowledge and belief.

_____       09/26/25
Nadeem Khalid                                                    Date