# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| NADEEM K., | Case No. 25-CV-2183 (NEB/DLM) |
| Petitioner, | |
| v. | ORDER FOR DISMISSAL |
| PAM BONDI, *Attorney General of the United States*, KRISTI NOEM, *Secretary of the Department of Homeland Security,* TODD LYONS, *Director of Immigration and Customs Enforcement,* KENNETH GENALO, *Acting Executive Associate Director, Enforcement and Removal Operations,* and JOEL BROTT, *Sheriff of Sherburne County*, | |
| Defendants. | |

Pursuant to the parties' Stipulation of Dismissal Without Prejudice filed on November 7, 2025 (ECF No. 37), IT IS HEREBY ORDERED that this case is DISMISSED WITHOUT PREJUDICE and without costs or attorneys' fees to any party.

Dated: November 10, 2025

BY THE COURT:
s/Nancy E. Brasel
Nancy E. Brasel
United States District Judge